Certificate Number: 01401-MIE-CC-001270759

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 8, 2007, at 8:15 o'clock PM EST,

Arnold C Heath Jr received from

GreenPath Debt Solutions,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of Michigan, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: January 8, 2007        By      /s/Holli Bratt for Serafin Vega

                             Name    Serafin Vega

                             Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 01401-MIE-CC-001270759

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 8, 2007, at 8:15 o'clock PM EST, Arnold C Heath Jr received from GreenPath Debt Solutions, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Michigan, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: January 8, 2007

By /s/Holli Bratt for Serafin Vega

Name Serafin Vega

Title Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).