# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

In the Matter of:   Case No. 07-20519-dob

ARNOLD C. HEATH, JR. and
ANGELA SUE HEATH, Debtors

_____/

## NOTICE OF WITHDRAWAL

    NOW COMES JOHN A. CARRAS, Attorney for above named Debtors, and hereby enters a Notice of Withdrawal concerning Document #16 that was inadvertently filed on March 19, 2007 at 10:42 a.m.

Dated: March 19, 2007

JOHN A. CARRAS (P57577)
CARRAS LAW OFFICE, P.L.L.C.
1605 Ashman Street
Midland, Michigan 48640-5451
(989) 631-7320